BEFORE THE THIRD DIVISION, NOVEMBER 13, 1959

No. 63515.—The American Museum of Natural History v. United States, protest 59/5289 (New York).

Opinion by DONLON, J.   The protest was dismissed for lack of prosecution.

No. 63516.—Flagstaff Foods v. United States, protest 204319-K (New York).

Opinion by RICHARDSON, J.   In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

NOVEMBER 10, 1959

No. 63517.—Ross Products, Inc. v. United States, protest 58/13829.—C.D. 2120.   Plaintiff's application for rehearing granted.

NOVEMBER 13, 1959

No. 63518.—Henry Clay & Bock & Co., Ltd. v. United States, protest 182674-K.—C.D. 2081.   Plaintiff's application for rehearing denied.